UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ELWOOD LEE,**　　　　　　　　　　　　　　　　**CIVIL ACTION**
　　**Plaintiff**

**VERSUS**　　　　　　　　　　　　　　　　　　　**NO. 15-2528**

**OFFSHORE LOGISTICAL AND**　　　　　　　　　**SECTION: "E" (2)**
**TRANSPORTS L.L.C.,**
　　**Defendant**

### ORDER AND REASONS

Before the Court is Plaintiff's response in opposition[1] to Defendants' motion for partial summary judgment.[2]

Plaintiff's response fails to comply with Rule 56 of the Federal Rules of Civil Procedure, which requires a party asserting that a fact is genuinely disputed to support the assertion by citing to particular parts of the record.[3] The party may satisfy this requirement by citing to specific page numbers or paragraphs. In Plaintiff's memorandum in support of his motion, Plaintiff makes several assertions that lack citations. Plaintiff's statement of contested facts and response to the statement of uncontested facts contains no citations to the record. Every assertion should be supported by a specific citation to the record.

Accordingly;

**IT IS ORDERED** that, pursuant to Federal Rule of Civil Procedure 56(e), Plaintiff shall re-file his response in opposition to the motion for partial summary judgment with adequate record citations by **Monday, July 25, 2016**, at **5:00 p.m.**

---

[1] R. Doc. 24.
[2] R. Doc. 23.
[3] *See* FED. R. CIV. P. 56(c)(1).

1

New Orleans, Louisiana, this 20th day of July, 2016.

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**